This is to advise that on December 29, 2009

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 09-151

In action

Consol. Ct. No. 08-00283

Ad Hoc Shrimp Trade Action Committee,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Pakfood Public Company Limited et al.,
(Defendant-Intervenors.)