Slip Op. 10-45

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |  |
|---|---|---|---|
| AD HOC SHRIMP TRADE ACTION COMMITTEE, | : | | |
| Plaintiff, | : | | |
| | : | Before: | WALLACH, Judge |
| v. | : | Court No.: | 08-00283 |
| UNITED STATES, | : | | |
| Defendant, | : | | |
| and | : | | |
| PAKFOOD PUBLIC COMPANY LIMITED et al., | : | | |
| Defendant-Intervenors. | : | | |

## ORDER AND JUDGMENT

      The court having held an in-court status conference on April 28, 2010, the purpose of which was to discuss Defendant's Consent Motion to Sever Cases and to Enter Judgment ("Defendant's Consent Motion"), Plaintiff Ad Hoc Shrimp Trade Action Committee appearing by and through its counsel, Nathaniel Rickard, Picard, Kentz & Rowe, LLP, Defendant United States appearing by and through its counsel, Stephen Tosini, U.S. Department of Justice, Civil Division, Commercial Litigation Branch, Defendant-Intervenors Pakfood Public Company Limited et al. appearing by and through their counsel, Jonathan Freed, Trade Pacific, PLLC, Defendant-Intervenors Thai Union Seafood Co., Ltd. and Thai Union Frozen Products Public Co., Ltd. appearing by and through their counsel, Warren Connelly, Akin, Gump, Strauss, Hauer & Feld, LLP, Defendant-Intervenors Andaman Seafood Co., Ltd. et al. appearing by and through their counsel, Jay Campbell, White & Case, LLP; at which time all parties consented to the entry of judgment requested in Defendant's Consent Motion; the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

      ORDERED, ADJUDGED and DECREED that Defendant's Consent Motion is GRANTED as to the requested entry of judgment; and it is further

ORDERED, ADJUDGED and DECREED that, pursuant to <u>Ad Hoc Shrimp Trade Action Comm. v. United States</u>, 675 F. Supp. 2d 1287 (CIT 2009), judgment be, and hereby is, entered in favor of Defendant United States and against Plaintiff Ad Hoc Shrimp Trade Action Committee.

                __/s/ Evan J. Wallach____
                Evan J. Wallach, Judge

Dated: April 29, 2010
      New York, New York

# NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

      or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

      Tina Potuto Kimble
      Clerk of the Court

Date: _____  By: _____
                                                                                                    Deputy Clerk