This is to advise that on September 27, 2010

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 10-109

In action

Ct. No. 08-00283

Ad Hoc Shrimp Trade Action Committee,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Pakfood Public Company Limited, et al.,
(Defendant - Intervenors.)